IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC.,<br><br>  Plaintiff,<br><br> v.<br><br>FLO TV INC.,<br><br>  Defendant. | Case No. C-13-mc-80129 RS<br><br>ORDER RE: BRIEFING SCHEDULE ON GOOGLE INC.'S MOTION TO QUASH |

Google Inc.'s motion to quash has been assigned to this judge for decision. EON's opposition is due July 2, 2013, and Google's reply, if any, is due July 9, 2013. The Court will hear oral argument at 8:30 a.m. on July 18, 2013.

**IT IS SO ORDERED.**

Dated: June 24, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE