Byron C. Chin (State Bar No. 259846).
Jessica Hannah (State Bar No. 261802)
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: bchin@kilpatricktownsend.com
Email: jhannah@kilpatricktownsend.com

Steven D. Moore (application for *pro hac vice pending*)
Carl E. Sanders (application for *pro hac vice pending*)
James L. Howard (application for *pro hac vice pending*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 W. Fourth Street
Winston, Salem, NC 27101-2400
Telephone: 336 607 7300; Facsimile: 336-607-7500
Email: smoore@kilpatricktownsend.com
Email: csanders@kilpatricktownsend.com
Email: jihoward@kilpatricktownsend.com

*ATTORNEYS FOR NON-PARTY*
*GOOGLE, INC.*

Daniel R. Scardino
Mark. W. Halderman
**REED & SCARDINO LLP**
301 Congress Avenue, Suite 1250
Austin, TX 78701
Telephone: (512) 474-2449
Facsimile: (512) 474-2622
dscardino@reedscardino.com
icohen@reedscardino.com

*ATTORNEYS FOR PLAINTIFF*
*EON CORP. IP HOLDINGS, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FLO TV INC. et al., | MISC. CASE NO. 3:13-mc-80129-RS<br><br>Underlying case:<br>Civil Case No. 1:10-CV-00812-RGA<br>(D. Del., Wilmington Division) ("Underlying Litigation") |

1

STIP. AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING PLAINTIFF'S TIME TO FILE OPPOSITION TO NON-PARTY
GOOGLE'S MOTION TO QUASH PLAINTIFF'S SUBPOENA          MISC. CASE NO. 3:13-MC-80129-RS

|   |   |
|---|---|
| Defendants. | JOINT STIPULATION AND AMENDED [~~PROPOSED~~] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A RESPONSE IN OPPOSITION TO NON-PARTY GOOGLE INC.'S MOTION TO QUASH PLAINTIFF'S SUBPOENA |

Plaintiff EON Corp. IP Holdings, LLC and non-party Google Inc. hereby request a two week extension of time for EON to file a response in opposition to non-party Google Inc.'s Motion to Quash Plaintiff's Subpoena. On May 17, 2013, EON served a third-party subpoena on Google requesting discovery it believes to be relevant to its pending litigation in the District of Delaware. On June 18, 2013, Google filed a Motion to Quash EON's subpoena. (Dkt. No. 1) EON's response to Google's Motion is due today, July 2, 2013. EON and Google have been engaging in efforts to resolve their differences regarding the scope of the subpoena and appear to be making progress towards such resolution. Therefore, EON and Google request the proposed extension in order to continue their efforts to resolve the issue.

For these reasons, EON and Google respectfully request the Court extend Plaintiff's deadline to file its response in opposition to non-party Google Inc.'s Motion to Quash until July 12, 2013.

Dated: July 2, 2013

By: /s/ Byron R. Chin
    Byron R. Chin
    Steven D. Moore, Of Counsel

**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: bchin@kilpatricktownsend.com
Email: jhannah@kilpatricktownsend.com

*Attorneys for Non-Party Google, Inc.*

Dated: July 2, 2013

By: /s/ *Mark W. Halderman*
Daniel R. Scardino
Steven Tepera
Craig S. Jepson
Chad P. Ennis
John Hendricks
Mark Halderman
Rola Daaboul
Jason W. Deats
Dominique Stafford
Joshua Jones

**REED & SCARDINO LLP**
301 Congress Avenue, Suite 1250
Austin, TX 78701
Tel.: (512) 474-2449
Fax: (512) 474-2622
dscardino@reedscardino.com
stepera@reedscardino.com
cjepson@reedscardino.com
cennis@reedscardino.com
jhendricks@reedscardino.com
mhalderman@reedscardino.com
rdaaboul@reedscardino.com
jdeats@reedscardino.com
dstafford@reedscardino.com
jjones@reedscardino.com

*Attorneys For Plaintiff*
*EON Corp. IP Holdings, LLC*

3

STIP. AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE OPPOSITION TO NON-PARTY
GOOGLE'S MOTION TO QUASH PLAINTIFF'S SUBPOENA         MISC. CASE NO. 3:13-MC-80129-RS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** as modified. Eon's oppositions due on 7/16/2013. Google's reply due on 7/23/2013. The hearing is reset to 8/1/2013 at 9:00 a.m.

Dated: _July 3_____, 2013      By: ___/s/ Jacqueline S. Corley___
                                        United States District Court Judge
                                        Jacqueline Scott Corley

4

STIP. AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE OPPOSITION TO NON-PARTY GOOGLE'S MOTION TO QUASH PLAINTIFF'S SUBPOENA          MISC. CASE NO. 3:13-MC-80129-RS